```
STUART F. DELERY
Assistant Attorney General
MICAHEL D. GRANSTON
TRACY L. HILMER
ARTHUR S. DI DIO
DAVID M. FINKELSTEIN
Attorneys, Civil Division
    U.S. Department of Justice
    Post Office Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-2971
    Facsimile: (202) 307-3852
    E-mail: David.M.Finkelstein@usdoj.gov
```



Lodged proposed order

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 - 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CARY SAVITCH and GARY PROFFETT,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARIA SABIT, MOUSTAPHA ABOU-SAMRA, and COMMUNITY MEMORIAL HEALTH SYSTEM,<br><br>  Defendants. | No. CV 13-03363 DDP (PJWx)<br><br>THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action. The United States intervenes in that part of the action which alleges Dr. Aria Sabit billed Medicare for medically unnecessary spinal fusion surgeries at Community Memorial Hospital in Ventura, California. The United States intends to file a complaint within 60 days.

The Government's investigation as to Moustapha Abou-Samra and Community Memorial Health System (the "Other Defendants") has not been completed. Accordingly, the United States hereby notifies the Court that it is not intervening at this time as to the Other Defendants. However, the Government's investigation of the Other Defendants will continue.

Although the United States is not intervening at this time as to the Other Defendants, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in the part of the action in which the United States has not intervened be served

upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in the action with respect to the Other Defendants, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: July 2, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
MICHAEL D. GRANSTON
TRACY L. HILMER
ARTHUR S. DI DIO
Attorneys, Civil Division
Department of Justice

_____
DAVID M. FINKELSTEIN
Attorney

Attorneys for the United States of America

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 2, 2014, I served the Government's Notice of Election to Intervene in Part on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Person(s) and/or Entity(s) to whom mailed:

Glenn J. Campbell
Counsel for Relators
Ventura Law Group
Faria Building
770 County Square Drive ~ Suite 210
Ventura, California 93003

Jonathan Frank
Counsel for Dr. Sabit
Jackier Gould, P.C.
121 West Long Lake Rd., Suite 200
Bloomfield Hills, MI 48304

Steven Meister
Counsel for Dr. Abou-Samra
The Meister Law Offices
515 S. Flower Street, Suite 3600
Los Angeles, CA 90071

Mary Carter Andrues
Counsel for Community Memorial Hospital
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2014 at Los Angeles, California.

*[signature]*
Zenaida Rosacia