JOYCE R. BRANDA
Acting Assistant Attorney General
MICHAEL D. GRANSTON
TRACY L. HILMER
DAVID M. FINKELSTEIN
ARTHUR S. DI DIO
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 616-2971
David.M.Finkelstein@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARY SAVITCH and GARY PROFFETT,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA O. SABIT, M.D.,<br><br>Defendant. | Case No. 13-03363 DDP (PJWx)<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE**<br><br>Hearing Date:  January 26, 2015 |

   PLEASE TAKE NOTICE that on January 26, 2015, at 10:00am before the Honorable Dean D. Pregerson, United States District Judge, the United States will move the Court pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike the following affirmative defenses:

1. Dr. Sabit's "reservation" of affirmative defenses (Sabit Answer, ECF No. 28, Aff. Def. No. 21);

2. Dr. Sabit's "negative defenses" (Sabit Aff. Def. Nos. 1-5, 7-9, 15-17, and 19-20);

3. Dr. Sabit's "unclean hands" defenses (Sabit Aff. Def. No. 17); and

4. Dr. Sabit's Eighth Amendment defense (Sabit Aff. Def. No. 18).

The basis for this motion is set forth in the accompanying Memorandum of Law. Pursuant to Local Rule 7.1, the undersigned have conferred with counsel for the Dr. Sabit, who has indicated that he will oppose this motion, except as noted in the accompanying Memorandum.

                                                         Respectfully submitted,

DATED: November 25, 2014        JOYCE R. BRANDA
                                                Acting Assistant Attorney General

                                                /s/ David M. Finkelstein
                                              MICHAEL D. GRANSTON
                                              TRACY L. HILMER
                                              DAVID M. FINKELSTEIN
                                              ARTHUR S. DI DIO
                                              Attorneys, Civil Division
                                              Department of Justice
                                              Post Office Box 261
                                              Ben Franklin Station
                                              Washington, D.C. 20044
                                              Telephone: (202) 616-2971
                                              Facsimile: (202) 307-3852
                                              Email: David.M.Finkelstein@usdoj.gov