JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel. CARY B. SAVITCH, M.D., and GARY J. PROFFETT, M.D., <br><br>Plaintiffs, <br><br>v. <br><br>ARIA OMAR SABIT, M.D.; MOUSTAPHA ABOU-SAMRA, M.D., COMMUNITY MEMORIAL HEALTH SYSTEM, <br><br>Defendants. | Case No. CV 13-03363 DDP (PJWx) <br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 11, 2016

DEAN D. PREGERSON
United States District Judge