JOSEPH H. HUNT
Assistant Attorney General
MICHAEL D. GRANSTON
TRACY L. HILMER
DAVID M. FINKELSTEIN
ARTHUR S. DI DIO
ROHITH V. SRINIVAS
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
    Telephone: (202) 616-2971
    Facsimile: (202) 307-3852
    E-mail: David.M.Finkelstein@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARY SAVITCH and GARY PROFFETT,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIA O. SABIT, M.D.,<br><br>    Defendants. | No. CV 13-03363 DDP (PJWx)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Lodged concurrently herewith: [Proposed] Order |

WHEREAS *qui tam* plaintiffs Dr. Cary Savitch and Dr. Gary Proffett ("Relators") initiated this action against Aria Sabit, Dr. Moustapha Abu-Samra, and Community Memorial Health Systems on May 10, 2013.

WHEREAS the United States of America intervened in part in the Relators' Complaint and filed a Complaint in Intervention on September 8, 2014.

WHEREAS the Relators, the United States, and Aria Sabit (the "Parties") entered into a written settlement agreement (the "Settlement Agreement") on September 13, 2018.

WHEREAS Aria Sabit has satisfied his obligation to pay the monetary settlement amounts to the United States as set forth in the Settlement Agreement.

NOW THEREFORE IT IS STIPULATED AND AGREED by the Parties, through their respective counsel, that:

- Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without further notice or hearing, the United States dismisses its Complaint in Intervention with prejudice.
- Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without further notice or hearing, Relators dismiss with prejudice the claims asserted by Relators on behalf of the United States that are based on the "Covered Conduct" as defined in the Settlement Agreement.
- Pursuant to 31 U.S.C. § 3730(b)(1), the United Sates, through its undersigned counsel, consents to the dismissal of the Relators' claims.

Respectfully submitted,

DATED: 10/11/18

DAVID M. FINKELSTEIN
Attorney for the United States

1

DATED: 9-30-18

_____
GLENN CAMPBELL
Attorney for the Relators

DATED:

_____
ARIA SABIT

2

1  DATED: _____
                                    GLENN CAMPBELL
2                                   Attorney for the Relators

3

4  DATED:                           _____
5   10/2/18                         ARIA SABIT

2