UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARY SAVITCH and GARY PROFFETT,<br><br>Plaintiffs,<br><br>v.<br><br>ARIA O. SABIT, M.D., *et al.*,<br><br>Defendants. | Case No. CV 13-03363 DDP (PJWx_<br><br>ORDER RE: DISMISSAL |

# **ORDER**

For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b), IT IS HEREBY ORDERED THAT all claims for relief and causes of action against defendant Aria Sabit are hereby dismissed, said dismissal being with prejudice.

IT IS SO ORDERED.

DATED: 10/24/18     _____

HON. DEAN PREGERSON